## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Biondo, being duly sworn on oath, depose and state that I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since July 2010, and I am currently assigned to the FBI Nashville field office - Knoxville Resident Agency.

## AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 2010, currently assigned to the Nashville Division – Knoxville Resident Agency, though I am currently temporarily assigned to the Memphis Safe Task Force (MSTF), a multiagency coalition between federal, state, and local partners created to combat violent crime in Memphis, Tennessee (TN). In connection with my official duties, I am charged with investigating violations of federal criminal laws.

2. I am currently assigned to the Public Corruption Squad of the Nashville, Tennessee Division – Knoxville Resident Agency of the FBI. Prior to that, I was assigned to the Public Corruption Squad of the Newark, New Jersey Division of the FBI for approximately six years. Prior to working in Public Corruption, I was assigned to the Joint Terrorism Task Force in the Newark Division. As a Special Agent with the FBI, I received basic federal law enforcement training at the FBI Academy located in Quantico, Virginia, and since then I have received additional training in various aspects of law enforcement, including interview techniques, search warrant applications, the execution of searches and seizures, electronic evidence, and other criminal laws and procedures.

3. I have participated in numerous investigations involving allegations of corruption, bribery, extortion, wire fraud, bank fraud, tax fraud, and other financial crimes. I have also assisted other agents in narcotics investigations. I have participated in executing search

warrants in investigations related to such crimes, including numerous search warrants involving the search and seizure of digital evidence and electronic media, such as cellular telephones and computers, and the search and seizure of evidence on persons and in residences and offices. In my years with the FBI, I have assisted on multiple Title III wiretaps, including a narcotics wiretap. I have also been a case agent on cases that employed a Title III wiretap and was an active participant in the monitoring of those wiretaps.

4. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that Glenn Davis (Davis) committed a violation of **18 U.S.C. § 922(g)(1).**

## STATEMENT OF PROBABLE CAUSE

5. The United States, including the FBI, is conducting a criminal investigation of Davis regarding possible violations of **18 U.S.C. § 922(g)(1)**.

6. On October 3, 2025, a Tennessee Highway Patrol (THP) Trooper was in the vicinity of the intersection North Hollywood Street and Shasta Avenue in Memphis, TN, when the Trooper witnessed a black Chevrolet Silverado with TN tag 1MG227 going 50 miles per hour (MPH) in a 40 MPH speed zone. The THP Trooper subsequently performed a traffic stop of the vehicle. The license tag was run and returned to Davis as the registered owner.

7. Upon approaching the vehicle, the trooper smelled an odor of marijuana. Davis was the sole occupant of the vehicle. The trooper removed Davis from the vehicle and performed a probable cause search. During the search, a loaded Sig Sauer pistol with 15 rounds in the magazine was recovered from the rear seat on the driver's side of the vehicle. Marijuana, white pills, and other drug paraphernalia were also recovered from under the driver's seat.

8. Davis is a convicted felon. In 1993 in Shelby County, TN, Davis was convicted of Facilitation and Sale of Dangerous Drugs in which he received a three-year sentence. Each of these are felony convictions.

9. On October 4, 2025, the Bureau of Alcohol, Tobacco, Firearms and Explosives viewed a photograph of the firearm seized and determined that it was manufactured outside of the State of Tennessee, thus had been shipped or transported in interstate commerce.

10. All of the above occurred within the Western District of Tennessee.

## CONCLUSION

Based on my investigation, I believe that there is probable cause to believe that Glenn Davis committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant.

Respectfully submitted,

*/s/ Michael Biondo*

Michael Biondo
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone. Subscribed and sworn to before me on October 06, 2025.

/s/ Charmiane G. Claxton
5:20 PM, Oct 6, 2025
_____
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE