**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.: 2:25-cr-20257-SHL** |
| | ) | |
| vs. | ) | |
| | ) | |
| GLENN DAVIS, | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**

---

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney, Patricia Sculco, Special Assistant United States Attorney, and Wendy K. Cornejo, Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully Submitted,

D. Michael Dunavant
United States Attorney

By:     *s/ Patricia G. Sculco*
Patricia G. Sculco
Special Assistant United States Attorney
167 North Main, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

*s/ Wendy K. Cornejo*
Wendy K. Cornejo
Special Assistant United States Attorney
167 North Main, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

**CERTIFICATE OF SERVICE**

I, Patricia G. Sculco, Special Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Notice was forwarded by electronic means via the court's electronic filing system.

This date: June 10, 2026.

/s/ Patricia G. Sculco
PATRICIA G. SCULCO
Special Assistant United States Attorney