**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.: 2:25-cr-20257-SHL** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **GLENN DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**

---

Upon motion of the United States and for good cause shown, the motion to dismiss indictment is hereby **GRANTED**. The Indictment is **DISMISSED** without prejudice.

It is SO ORDERED this 11th day of June, 2026.


s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE